eration or decision of this petition. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

No. 97–594. UNISYS CORP. *v.* CESKA SPORITELNA, A. S. C. A. 3d Cir. Motion of Ford Motor Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

No. 97–613. MURPHY *v.* LINDH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 97–767. CASE CORP. *v.* FREEMAN. C. A. 4th Cir. Motion of Chemical Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮▮▮▮▮▮▮

No. 97–846. NEWPORT ET VIR *v.* MISSOURI ARMY NATIONAL GUARD ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed as veterans granted. Certiorari denied. ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

No. 97–6602. STAFFORD *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

▮▮▮▮▮▮▮▮

No. 96–8796. VEY *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., 520 U. S. 937;
No. 96–8873. RUFF *v.* SMITH, WARDEN, *ante,* p. 826;
No. 96–9242. WELSAND *v.* UNITED STATES, *ante,* p. 837;
No. 96–9309. ARTEAGA *v.* CALIFORNIA, *ante,* p. 841;
No. 96–9328. ARTEAGA *v.* CALIFORNIA, *ante,* p. 842;
No. 96–9452. MILES *v.* LASALLE FINANCIAL SERVICES, INC., ET AL., *ante,* p. 849;
No. 96–9461. BELL *v.* FLORES ET AL., *ante,* p. 850;
No. 96–9567. TUNG *v.* CALIFORNIA, *ante,* p. 856;
No. 97–80. DEHONEY *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 861;
No. 97–102. CATERINA ET AL. *v.* BLAKELY BOROUGH ET AL., *ante,* p. 863;
No. 97–334. MILDEN ET UX. *v.* JOSEPH, TRUSTEE, *ante,* p. 949;
No. 97–442. THOMAS *v.* BAXTER, *ante,* p. 968;
No. 97–473. GILL ET AL. *v.* RHODE ISLAND ET AL., *ante,* p. 934;

No. 97–509.   CERWINSKI *v.* INSURANCE SERVICES OFFICE, INC., *ante*, p. 952;

No. 97–5024.   MCKELLIP *v.* SORRELL, ANDERSON, LEHRMAN, WANNER & THOMAS ET AL., *ante*, p. 871;

No. 97–5138.   THOMAS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 877;

No. 97–5483.   TAYLOR *v.* NELSON ET AL., *ante*, p. 896;

No. 97–5519.   MCSMITH *v.* TAVARES, *ante*, p. 919;

No. 97–5574.   TAYLOR *v.* BOX, MAYOR OF THE CITY OF ROCKFORD, ILLINOIS, ET AL., *ante*, p. 919;

No. 97–5643.   SARGA *v.* UNITED STATES, *ante*, p. 984;

No. 97–5887.   JOHARI *v.* JOHARI, *ante*, p. 969;

No. 97–5888.   CRAWFORD *v.* MORAN, *ante*, p. 969;

No. 97–5898.   WATSON *v.* UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 970;

No. 97–5908.   LOVE *v.* OHIO, *ante*, p. 957;

No. 97–5919.   ENAND *v.* MONTGOMERY COUNTY, MARYLAND, ET AL., *ante*, p. 970;

No. 97–5927.   CLEWELL ET UX. *v.* UPJOHN CO., *ante*, p. 970;

No. 97–5944.   HAYES *v.* CORRECTION MANAGEMENT AFFILIATES, INC., *ante*, p. 957;

No. 97–5955.   VASQUEZ *v.* BEXAR COUNTY ADULT DETENTION CENTER, *ante*, p. 971;

No. 97–5976.   GIBSON *v.* WEST, SECRETARY OF THE ARMY, *ante*, p. 938;

No. 97–5980.   ERTELT *v.* NORTH DAKOTA, *ante*, p. 971;

No. 97–5994.   JOHNSON *v.* UNITED STATES, *ante*, p. 972;

No. 97–6067.   WILLIAMS *v.* CHRYSLER CORP., *ante*, p. 958;

No. 97–6073.   ANDREWS *v.* LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, *ante*, p. 959;

No. 97–6109.   WALKER *v.* DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL., *ante*, p. 986;

No. 97–6215.   WAINWRIGHT *v.* BOOZ, ALLEN & HAMILTON, INC., *ante*, p. 973;

No. 97–6284.   IN RE WOODS, *ante*, p. 947;

No. 97–6297.   FABIAN *v.* CITY OF MIAMI, *ante*, p. 1003; and

No. 97–6309.   WIELMER *v.* UNITED STATES, *ante*, p. 962.   Petitions for rehearing denied.